IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-2691 |
| CITY OF PHILADELPHIA *et al.* | : | |

**ORDER**

**AND NOW**, this  27th  day of August, 2019, upon consideration of Plaintiff Richard J. Silverberg's Motion for Preliminary Injunction (ECF No. 3), Motion for Temporary Restraining Order (ECF No. 5), and Amended Motion for TRO (ECF No. 11), and all documents submitted in support thereof and in opposition thereto, and after a hearing at which Plaintiff and counsel for the City and City Defendants presented argument, it is **ORDERED** that Plaintiff's Motions are **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**