IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-2691 |
| CITY OF PHILADELPHIA, ET AL. | : | |

**O R D E R**

**AND NOW**, this 8th day of January, 2020, upon consideration of Defendants the City of Philadelphia, Mayor James Kenney, Marcel S. Pratt, Esq., Frank Breslin, Diana P. Cortes, Esq., Marissa O'Connell, Esq., Brian R. Cullin, Esq., and Kelly Diffily, Esq.'s Motion to Dismiss Amended Complaint (ECF No. 23) and Plaintiff's response thereto (ECF No. 29), it is **ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that pursuant to Rule 12(b)(1), because the Court does not have subject matter jurisdiction over this matter, Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**